UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 17-cr-00138 |
| VERSUS | JUDGE FOOTE |
| THOMAS G. TAYLOR (01)<br>TINA LOUISE TAYLOR (02)<br>MICHAEL SHANE RUSHTON (03)<br>DONNIE VANCE GRABENER (04) | MAGISTRATE JUDGE HORNSBY |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation. [Record Document 84]. After an independent review of the record, including the written objections filed, the Court concurs with the Magistrate Judge's findings under the applicable law.

In addition, the Court notes that Defendants have presented no law establishing that a state court judge lacks authority to issue a warrant to track a vehicle when the issuing judge knows that the warrant's purpose is to track the vehicle across state lines. Although the Federal Rules of Criminal Procedure Advisory Committee "believes that only federal judicial officers should be authorized to issue this type of warrant," Fed. R. Crim. P. 41 advisory committee's note to 2006 amendment, the Court has located no federal case holding that it is impermissible for state court judges to issue warrants to track vehicles across state lines. Even if the Court were to find that a Louisiana judge lacks authority to issue a warrant authorizing the installation of a tracking device on a vehicle located in Louisiana for the

purpose of tracking that vehicle in Texas, the absence of precedent on this issue would bring into play the good faith exception to the exclusionary rule. *See United States v. Massi*, 761 F.3d 512, 529, 532 (5th Cir. 2014). Because the Court cannot find that it was objectively unreasonable for Agent Anderson to rely upon the warrant issued by the state court judge when installing and using the tracking device, suppression is unavailable as a remedy even if the warrant violated Defendants' rights.

Therefore, **IT IS ORDERED** that Defendants' motions to suppress [Record Documents 54, 58, 59, and 61] are **DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _1st_ day of _February_, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE